1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SCOTT D. JOINER (CABN 223313)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        scott.joiner@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 16-00116 EMC |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM |
| | ) FEBRUARY 26, 2020 THROUGH MAY 27, 2020; |
| v. | ) ORDER |
| NEMR HALLAK, | ) |
| TOLGA SUATAC, | ) |
| MICHELINA PERNA, | ) |
|   a/k/a Michelle Perna, | ) |
|   a/k/a Michelle Perry, | ) |
|   a/k/a Sonia Perry, and | ) |
| ROBERTO MANCINI, | ) |
| Defendants. | ) |

It is stipulated by and between counsel for the United States and counsel for Defendants Suatac and Perna, that time be excluded under the Speedy Trial Act from February 26, 2020 through May 27, 2020.

As stated on the record at the status hearing on February 26, 2020, the case involves a large volume of documents and, according to the government's representations, thousands of victims. The parties therefore stipulate and agree that excluding time until May 27, 2020, will allow for the effective

STIPULATION TO EXCLUDE TIME; ORDER
No. CR 16-00116 EMC

preparation of counsel and is appropriate in light of the complexity of the case.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii), (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 26, 2020, through and including May 27, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 3, 2020                                     /s/
                                                                         SCOTT D. JOINER
                                                                         Assistant United States Attorney


DATED: March 3, 2020                                     /s/
                                                                         NINA MARINO
                                                                         Counsel for Defendants Suatac and Perna

STIPULATION TO EXCLUDE TIME; ORDER
No. CR 16-00116 EMC

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the |
| 3 | Court finds that failing to exclude the time from February 26, 2020, through May 27, 2020, would |
| 4 | unreasonably deny defense counsel and the defendants the reasonable time necessary for effective |
| 5 | preparation, taking into account the exercise of due diligence, and is also appropriate in light of the |
| 6 | complexity of the case, which the government represents involves thousands of victims and a very large |
| 7 | volume of documents. 18 U.S.C. § 3161(h)(7)(B)(ii), (iv). The Court further finds that the ends of |
| 8 | justice served by excluding the time from February 26, 2020, through and including May 27, 2020, from |
| 9 | computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a |
| 10 | speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time |
| 11 | from February 26, 2020, through and including May 27, 2020, shall be excluded from computation |
| 12 | under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv). |
| 13 | IT IS SO ORDERED. |

DATED: March 4, 2020

_____
HON. EDWARD M. CHEN
United States District Judge

STIPULATION TO EXCLUDE TIME; ORDER
No. CR 16-00116 EMC